COMMONWEALTH of Pennsylvania,
Respondent

v.

Lana Kay ROE, Petitioner

No. 464 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony David BOATRIGHT,
Petitioner

No. 463 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Brandon Dante BARNES, Petitioner

No. 455 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal and Motion for Reproduction of Record are **DENIED**.